RACHEL POLLOCK, Respondent, *v.* THE BROOKLYN CROSSTOWN RAILROAD COMPANY, Appellant.

(Argued April 22, 1892; decided May 6, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 8, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellant.

*David Tim* for respondent.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.